PER CURIAM.
Affirmed. United States Fidelity & Guar. Co. v. Romay, 744 So.2d 467 (Fla. 3d DCA 1999); Gonzalez v. Fortune Fla. Residential Property & Cas. Joint Underwriters Associates, 687 So.2d 71 (Fla. 3d DCA 1997); Goldman v. State Farm Fire Gen. Ins. Co., 660 So.2d 300 (Fla. 4th DCA 1995), review denied, 670 So.2d 938 (Fla.1996); Stringer v. Fireman’s Fund Ins. *1251 Co., 622 So.2d 145 (Fla. 3d DCA 1993), review denied, 630 So.2d 1101 (Fla.1993).